STATE v. JOE'L

No. 169P84.

Case below: 67 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 April 1984.

STATE v. JOHNSON

No. 128P84.

Case below: 66 N.C. App. 444.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 30 April 1984.

STATE v. McLEOD

No. 135PA84.

Case below: 67 N.C. App. 186.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 30 April 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 30 April 1984.

STATE v. PHILLIPS

No. 120P34.

Case below: 66 N.C. App. 453.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 30 April 1984.

STATE v. SMITH

No. 162P84.

Case below: 66 N.C. App. 570.

Petition by defendant for discretionary review under G.S. 7A-31 denied 30 April 1984.